No. 86–5832.   AVITIA *v.* UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–5834.   BLYTHER *v.* WASHINGTON GAS LIGHT CO.   Ct. App. D. C.   Certiorari denied.

No. 86–5835.   COLLIER *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 86–5836.   COLLIER *v.* NEWSOME, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 86–5839.   ROBINSON *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 86–5840.   STEWART *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 86–5843.   HASAN *v.* GREYHOUND LEASING & FINANCIAL CORP.   C. A. 9th Cir.   Certiorari denied.

No. 86–5845.   JACKSON *v.* THIERET, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–5848.   HARRIS *v.* JUDICIAL QUALIFICATIONS COMMISSION.   Sup. Ct. Fla.   Certiorari denied.

No. 86–5849.   BRITT *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 86–5851.   CANE *v.* SOWDERS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 86–5852.   GILMORE *v.* MARKS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–5853.   FLETCHER *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 86–5854.   LINDO *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.   C. A. 9th Cir.   Certiorari denied.